## Perrine *v.* Perrine, Appellant.

Submitted April 12, 1971. *Kenneth Perrine,* appellant, in propria persona; *Warren R. Keck, III,* Public Defender, for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

## Raynes *v.* Boltz (et al., Appellants).

Argued April 16, 1971. *Paul E. Clouser,* with him *Caldwell, Clouser & Kearns,* for appellant; *James H. Booser,* with him *McNees, Wallace & Nurick,* for appellees.

Order affirmed.